No. 85–478.  PAR PHARMACEUTICAL, INC. *v.* MERCK & CO., INC.  C. A. 3d Cir.  Certiorari denied.

No. 85–481.  STANLEY *v.* AUBERT ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 85–510.  SIMMONS ET AL. *v.* CAMDEN COUNTY BOARD OF EDUCATION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–536.  MIR *v.* FOSBURG ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85–557.  SIERRA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–563.  SHEFFIELD *v.* NORTH CAROLINA STATE BAR.  Ct. App. N. C.  Certiorari denied.

No. 85–577.  HAAS *v.* WEINER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 85–595.  DELLA PORTA *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.

No. 85–597.  TYPHOON CAR WASH, INC. *v.* MOBIL OIL CORP.  Temp. Emerg. Ct. App.  Certiorari denied.

No. 85–605.  VILLANO *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 85–620.  HELMINSKI, ET AL., AS NEXT FRIENDS OF HELMINSKI *v.* AYERST LABORATORIES.  C. A. 6th Cir.  Certiorari denied.

No. 85–643.  MUHAMMAD, AKA JONES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 85–5086.  POWELL *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 85–5105.  HUDSON *v.* MORAN, SHERIFF, ET AL.  C. A. 9th Cir.  Certiorari denied.